People v Yarbrough (2025 NY Slip Op 00118)

People v Yarbrough

2025 NY Slip Op 00118

Decided on January 8, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 8, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
DEBORAH A. DOWLING
LOURDES M. VENTURA
JAMES P. MCCORMACK, JJ.

2016-11608
 (Ind. No. 27/13)

[*1]The People of the State of New York, respondent,
v
Jamane Yarbrough, appellant.

Twyla Carter, New York, NY (Arthur H. Hopkirk of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Nancy Fitzpatrick Talcott of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Queens County (Gregory Lasak, J.), rendered October 3, 2016, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.
ORDERED that the judgment is reversed, on the law, and the matter is remitted to the Supreme Court, Queens County, for a new trial.
The defendant and a codefendant were jointly tried and convicted of various crimes. As the People correctly concede, the defendant's judgment of conviction must be reversed and a new trial held for the reasons stated by the Court of Appeals in reversing the conviction of the codefendant (see People v Deverow, 38 NY3d 157). The defendant raises claims on this appeal identical to those that warranted reversal on the codefendant's appeal (see People v Brown, 217 AD3d 424, 424; People v Lemus, 121 AD3d 918, 918).
In light of our determination, we need not reach the defendant's remaining contentions.
BARROS, J.P., DOWLING, VENTURA and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court